1
JAMES F. LISOWSKI, SR.,
Panel Bankruptcy Trustee
2
Nevada Bar No.: 4321
P.O. Box 98193
Las Vegas, NV 89193
3
(702) 737-6111

4

5
UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA
6

7
In re:                                          )  CASE NO.: BK-S-08-20395 BAMC
DALE ZDENEK                                      )  Chapter  7 -- Liquidation
LINDA ZDENEK                                     )
8                                                )
                                                 )
9                                                )
Address:                                         )
10      2373 AZTEC RUIN WAY                       )
        HENDERSON, NV  89044                      )  Hearing Date: N/A
11                                               )  Hearing Time: N/A

12
TO: Clerk, United States Bankruptcy Court

13
FROM: James F. Lisowski, Sr., Trustee

14
Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds
are being forwarded to you to be deposited in the registry of the United States Bankruptcy
15
Court.  These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

16

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---------|--------------------|-----------|-----------|
| 4 | NEVADA STATE BANK | $4.69 | |
|   | C/O LEGAL PROCESSING DEPT., | | |
|   | P.O. BOX 990 | | |
|   | LAS VEGAS, NV 89125-0990 | | |

17

18

19
TOTAL                                      $_____4.69_____

20

21
Dated: _____        _____
                                         James F. Lisowski, Sr., Trustee

22
NOTE: Claims that are $25.00 or less go into CAS 106000.  Claims that are more than
$25.00 go into CAS 613300.  The amounts that are to be deposited into the registry can be
23
written on one check.

24

25

26

27

28

#192251                              B 4.69